

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00062-CR

## EX PARTE NIYAH LAVONNE WILLIAMS

### From the 443rd District Court
### Ellis County, Texas
### Trial Court No. 19-011 HC

## MEMORANDUM OPINION

Niyah Lavonne Williams appeals the denial of her application for writ of habeas corpus seeking a pretrial bail reduction. Williams has filed a motion to dismiss her appeal stating that the appeal is now moot. The motion is signed by both Williams and her attorney.

Williams's motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

<br>

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Appeal dismissed
Opinion delivered and filed March 20, 2019
Do not publish
[CR25]

